1  **AKIN GUMP STRAUSS HAUER & FELD LLP**
   GREGORY W. KNOPP (SBN 237615)
2  VICTOR A. SALCEDO (SBN 317910)
   gknopp@akingump.com
3  vsalcedo@akingump.com
   1999 Avenue of the Stars, Suite 600
4  Los Angeles, CA 90067-6022
   Telephone:   310.229.1000
5  Facsimile:   310.229.1001

6  DOROTHY F. KASLOW (SBN 287112)
   dkaslow@akingump.com
7  580 California Street, Suite 1500
   San Francisco, CA 94104-1036
8  Telephone:   415.765.9500
   Facsimile:   415.765.9501

9
   Attorneys for Defendant Comcast Cable
10 Communications Management, LLC

11 **BLUMENTHAL NORDREHAUG BHOWMIK DE BLOUW LLP**
   NORMAN B. BLUMENTHAL (SBN 068687)
12 KYLE R. NORDREHAUG (SBN 205975)
   APARAJIT BHOWMIK (SBN 248066)
13 VICTORIA RIVAPALACIO (SBN 275115)
   2255 Calle Clara
14 La Jolla, CA 92037
   Telephone:   858.551.1223
15 Facsimile:   858.551.1232

16 Attorneys for Plaintiff Matthew Hoffman

17                    UNITED STATES DISTRICT COURT

18            EASTERN DISTRICT OF CALIFORNIA (SACRAMENTO DIVISION)

| | |
|---|---|
| MATTHEW HOFFMAN, an individual, on behalf of himself and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, a Limited Liability Company; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:19−cv−00066−TLN−KJN<br><br>**<u>CLASS ACTION</u>**<br><br>**STIPULATION AND ORDER FOR BINDING ARBITRATION AND STAY OF ACTION PENDING ARBITRATION**<br><br>Date Action Filed: October 22, 2018<br>Date of Removal:  January 9, 2019 |

# STIPULATION

This stipulation is made by and between plaintiff Matthew Hoffman ("Plaintiff") and defendant Comcast Cable Communications Management, LLC ("Comcast") (collectively, the "Parties"), through their respective counsel of record, with reference to the following facts:

WHEREAS, in connection with his employment with Comcast, Plaintiff entered into an arbitration agreement in which he agreed to pursue any employment-related claims in arbitration on an individual basis and to waive class claims;

WHEREAS, Plaintiff filed a complaint in San Joaquin County Superior Court on October 22, 2018, alleging individual and class claims based on alleged violations of the California Labor Code;

WHEREAS, Plaintiff filed a first amended complaint in San Joaquin County Superior Court on December 28, 2018, in which he added a seventh cause of action under the Private Attorneys General Act ("PAGA"), by which Plaintiff seeks to recover civil penalties based on the same alleged violations of the California Labor Code that support his individual and class claims;

WHEREAS Defendant filed a Notice of Removal of Action on January 9, 2019, to the United States District Court for the Eastern District of California;

WHEREAS, the parties, through counsel, met and conferred and have agreed to dismiss the class claims without prejudice and resolve Plaintiff's individual claims in a binding, individual arbitration proceeding in accordance with the terms of the arbitration agreement entered into by Plaintiff[1]; and

WHEREAS, in the interest of avoiding duplicative efforts and potentially wasteful litigation, the parties request that this lawsuit, pursuing only the remaining PAGA claim, be stayed pending resolution of the arbitration given the overlap between

---

[1] Comcast contends that the PAGA claim also is subject to arbitration on an individual bases in light of recent United States Supreme Court authority. Comcast reserves the right to raise this defense later in the case.

Plaintiff's individual claims and his PAGA claim. *See, e.g., Anderson v. Safe Streets USA LLC,* 2018 WL 4106135, at *12 (E.D. Cal. Aug. 28, 2018) (staying PAGA claim pending arbitration because plaintiff "claims a status as an aggrieved employee that relies on the same injuries giving rise to his non-PAGA claims"); *Borelli v. Black Diamond Aggregates, Inc.*, 2017 WL 1063564, at *12 (E.D. Cal. Mar. 21, 2017) (same).

THEREFORE, IT IS HEREBY STIPULATED, by and between the Parties, through their counsel of record, as follows:

1. Plaintiff's individual claims in this action shall be resolved through final and binding arbitration on an individual basis pursuant to the terms of the arbitration agreement;

2. Plaintiff will dismiss all of his claims without prejudice except his claim for civil penalties under PAGA; and

3. The lawsuit shall be stayed, and all dates set in the Court's Initial Pretrial Scheduling Order vacated, pending completion of the arbitration.

**IT IS SO STIPULATED.**

Dated: April 4, 2019  **AKIN GUMP STRAUSS HAUER & FELD LLP**

By _____
Gregory W. Knopp
Attorneys for Defendant
Comcast Cable Communications
Management, LLC

Dated: April 4, 2019  **BLUMENTHAL NORDREHAUG BHOWMIK DE BLOUW LLP**

By _____
Victoria Rivapalacio
Attorneys for Plaintiff
Matthew Hoffman

# ORDER

Pursuant to the Stipulation of the parties, and good cause appearing, **IT IS SO ORDERED.**

Dated: April 12, 2019

_____
Troy L. Nunley
United States District Judge